1026

[No. 7253-3-III.   Division Three.   December 30, 1986.]

MADELEINE M. HEFFEL, as *Executrix, Appellant,* v.
RED CARPET FLYING SERVICE, INC., ET AL,
*Defendants,* REPUBLIC INSURANCE
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 66501, Fred R. Staples, J., entered July 18, 1985. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 15808-2-I.   Division One.   December 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
KATIE KIRK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00414-9, Robert E. Dixon, J., entered December 3, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 16370-1-I.   Division One.   December 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
CARL ALVIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-03000-0, James J. Dore, J., entered May 6, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.

[No. 15403-6-I.   Division One.   December 31, 1986.]

ARLENE HELTON, *Appellant,* v. RONNIE R. HELTON,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-3-08697-7, Jerome M. Johnson, J., entered August 30, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.